UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY TATE, | ) | 1:04-CV-06604-OWW-WMW-P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING SECOND EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| | ) | |
| v. | ) | |
| | ) | |
| JEANNE WOODFORD, et al., | ) | (Doc. 17) |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 30, 2006, plaintiff filed a request for a second extension of time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file an amended complaint, pursuant to the court's order of August 10, 2006.

IT IS SO ORDERED.

**Dated:    November 21, 2006**                       **/s/  William M. Wunderlich**
j14hj0                                                                        UNITED STATES MAGISTRATE JUDGE