IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY TATE,

        Plaintiff,                               CV F 04 6604 OWW WMW P

    vs.                                         ORDER

JEANNE WOODFORD, et al.,

        Defendants.

On December 26, 2006, findings and recommendations were entered, recommending that this action be dismissed for Plaintiff's failure to file an amended complaint. On December 27, 2006, Plaintiff filed an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that the Decembe 26, 2006, recommendation of dismissal is vacated.

IT IS SO ORDERED.

**Dated:   April 24, 2007**                             **/s/  William M. Wunderlich**
                                                                    UNITED STATES MAGISTRATE JUDGE