IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY TATE,

        Plaintiff,        CV F 04 6604 OWW AWI WMW PC

  vs.                  ORDER RE MOTION (DOC 23)

JEANNE WOODFORD, et al.,

        Defendants.

     Plaintiff has filed a motion titled as a motion to compel the resolution of this case. The operative pleading in this action has been dismissed. Plaintiff's second amended complaint is due filed within thirty days of the date of service of this order.

     Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to compel is denied.

IT IS SO ORDERED.

**Dated:   February 28, 2008**        /s/  **William M. Wunderlich**
                                                     UNITED STATES MAGISTRATE JUDGE

1